UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:14CV-281-S

CHRIS SLAUGHTER                                                                                         PLAINTIFF

vs.            **PLAINTIFF'S RULE 26(a)(1) DISCLOSURE STATEMENT**

LAKEVIEW CENTER, INC.                                                                              DEFENDANT

********************

Comes the Plaintiff, **CHRIS SLAUGHTER**, by counsel, and for his Rule 26(a)(1) disclosures, states as follows:

**PLAINTIFF'S WITNESSES:**   Individuals likely to have discoverable information:

(a) Chris Slaughter, Plaintiff
(b) Mark Heck
(c) Ronnie Ammons
(d) Dave Anderson
(e) Mike Clemmons
(f) Bill Van Cleef
(g) Any and all witnesses listed by Defendant
(h) Any and all witnesses identified in discovery
(I) Plaintiff reserves the right to amend this list of witnesses

**DOCUMENTS:**

All documents known to Plaintiff are under the control of Defendant.

**DAMAGES:**

1. Back pay and benefits   ---------------------------------   $300,000.00

2. Compensatory damages for mental pain, anguish,
embarrassment and humiliation. --------------------- $300,000.00

Respectfully submitted,

/s/ Michael L. Boylan
MICHAEL L. BOYLAN
*Attorney for Plaintiff*
807 West Market Street
Louisville, Kentucky 40202
(502) 581-9206

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Craig L. Johnson
Whonsetler & Johnson, PLLC
11901 Brinley Avenue
Louisville, KY 40243
*Attorney for Defendant*

/s/ Michael L. Boylan
MICHAEL L. BOYLAN
*Attorney for Plaintiff*