UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHRIS SLAUGHTER )
)
)
Plaintiff, )
v. ) CIVIL ACTION NO. 3:14-cv-00281-CRS-CHL
)
LAKEVIEW CENTER, INC. )
d/b/a GULF COAST ENTERPRISES )
)
Defendant, )

\* \* \* \* \* \*

### AFFIDAVIT OF ANGIE KAHIAPO

Comes the Affiant, Angie Kahiapo and after having been first duly sworn, states as follows:

1. I am employed by Lakeview Center, Inc. d/b/a Gulf Coast Enterprises, as the Employee Relations Director. I held this position during the time period in which Mr. Slaughter was employed by Gulf Coast Enterprises.

2. I have personal knowledge of the information contained in this affidavit.

3. Gulf Coast Enterprises ("GCE") is a division of Lakeview Center, Incorporated, which provides employment for individuals with disabilities. Based in Pensacola, Florida, GCE provides custodial services, food services, administrative support, facilities management and hospital housekeeping.

4. GCE's mission is to help people with disabilities overcome life's challenges by connecting them to meaningful jobs. Since its establishment in 1986, GCE, with nearly 1,600 employees, has grown to become a leading employer in the private sector of persons with disabilities.

**EXHIBIT A**

5. GCE is a provider of service contracts under the authority of the AbilityOne Program. This program is a federal initiative to assist people with significant disabilities find employment by working within a national network of over 600 Nonprofit Agencies that sell products and services to the U.S. Government.

6. The Committee for Purchase from People Who are Blind or Severely Disabled is the federal agency authorized to administer the AbilityOne Program.

7. Total Facilities Management ("TFM") is a service provided by the AbilityOne Program.

8. The National Industries for the Severely Handicapped ("NISH")1 is the prime contractor for the TFM operation at Ft. Knox, Kentucky.

9. NISH has a contractual relationship with The Ginn Group ("TGG") and GCE to perform certain functions for the TFM operation.

10. GCE is an Equal Opportunity Employer that maintains and enforces a policy that prohibits discrimination against any employee or applicant for employment because of gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by federal, state or local law.

11. In fact, during the time period in question sixty seven of the ninety five GCE employees working at Fort Knox have a documented disability.

12. The wages for GCE employees are determined by The Service Contract Act and The Davis-Bacon Act.

13. A GCE employee, Bill VanCleave is the onsite Human Resources Manager for both GCE Total Facilities Management Department and the GCE Custodial Department. Mr. VanCleave was also the TFM supervisor.

14. GCE has a policy wherein it does not engage in retaliation against anyone who properly

---

1 The National Industries for the Severely Handicapped ("NISH") is now known as SourceAmerica.

reports violations of law, regulations or GCE policies. Employees are advised of this policy and similar others within the Employee Handbook.

15. During the investigation of Chris Slaughter's EEOC retaliation Charge of Discrimination, Jeremy Lowe provided a statement to GCE that he was in fear of bodily harm when Mr. Slaughter told him on July 2, 2012 to meet him at Dodges. Mr. Lowe provided a written statement to that affect, which is attached hereto as **Exhibit 1**.

FURTHER AFFIANT SAYETH NAUGHT,

_____
Angie Kahiapo

STATE OF FLORIDA      )
                      ) SS
COUNTY OF ESCAMBIA    )

ROBIN L. BIVINS
Notary Public - State of Florida
Commission # FF 237324
My Comm. Expires Jun 4, 2019
Bonded through National Notary Assn.

Subscribed and sworn to before me by Angie Kahiapo this the 10 day of July 2015.

_____
NOTARY PUBLIC - STATE AT LARGE

My Commission Expires: 07/04/2019 July 04, 2019

When Chris Slaughter told me on July 2, 2012 to meet him at Dodges Chicken I was in fear of bodily harm from fighting with Chris Slaughter

14 Aug 2010

*Jeremy [signature]*

EXHIBIT 1