

...a division of Lakeview Center, Inc.

# CAPABILITY PROFILE



### Executive Summary

Gulf Coast Enterprises (GCE) is a provider of numerous service contracts under the authority of the AbilityOne Program, and operates as a division of Lakeview Center, Inc.

GCE's mission is to help people with disabilities overcome life's challenges by connecting them to meaningful jobs. We do this by securing and performing service contracts with demanding customers who expect consistently high quality work at a fair price – and that is what we deliver to them.

Our customers are thrilled to have their requirements performed to their expectation while also changing the lives of the people we employ.

| | |
|---|---|
| **PEOPLE** | • More than 1,600 employees in 9 states and District of Columbia<br>• Compliant with AbilityOne Program's Direct Labor Ratio requirement<br>• Employee morale ranked in 99th percentile (national database)<br>• Recruitment built within community local to the contracts<br>• Secret level security clearance held through DSS<br>• Targeted recruitment of wounded warriors |
| **SERVICE COMPETENCIES** | • Custodial (Janitorial) • Full Food & Mess Attendant<br>• Document Management • Hospital Housekeeping<br>• Security Services • Secure Mailroom Operations<br>• Warehouse Management • Contact Center Operations<br>• Administrative Support • Facilities Mgmt/Plant Ops<br>• Construction Management • Grounds Maintenance |
| **QUALITY** | • 91% Customer Retention during past 24 years<br>• Assisted customers in achieving national quality recognition – Ney, Hennessey, and Rednour Food Service Awards<br>• Baldrige platform, ISO 9001, and national accreditation standards drive our quality operations<br>• Mentor to several other AbilityOne agencies and 8-A firms |
| **FINANCIAL** | • Annual operating revenues exceeding $50 million<br>• Substantial, liquid reserves enable funding of new ventures<br>• Current Ratio = 2.7 |
| **GROWTH** | • Grown to 33rd largest food service provider in United States<br>• 456% growth since 1996, largely due to 'customer pull'<br>• Teaming partner to other AbilityOne agencies, small business, and large commercial companies that share our focus on quality and corporate integrity<br>• Among top 25 AbilityOne agencies in the United States |

**EXHIBIT B**