
GROWTH
FINANCIAL
QUALITY
SERVICE
PEOPLE
Employee Handbook
GCE
Gulf Coast Enterprises
A Division of Lakeview Center, Inc.
An Affiliate of Baptist Health Care
www.eLakeviewCenter.org

**EXHIBIT C**

# Table of Contents

**SECTION 1: Welcome**

Letter from Vice President ........ 3
How to Use this Book ........ 4

**SECTION 2: Introduction**

Vision/Purpose/Values ........ 5
Standards of Performance/Code of Conduct ........ 6
Equal Employment Opportunity ........ 11
Affirmative Action ........ 12
Americans with Disabilities Act ........ 13
Open Door Policy ........ 13
Confidentiality/Use of Electronic Devices and Electronic Communication Systems ........ 13
Use of Electronic Devices and Electronic Communication Systems ........ 14

**SECTION 3: Employment**

Background Investigations ........ 16
Employee Classification ........ 16
I.D. Badges ........ 18
Drug-Free Workplace Policy ........ 19
Smoke-Free Environment ........ 19
Appropriate Interactions with Others ........ 20
Benefits ........ 21

**SECTION 4: Performance**

Performance Evaluation ........ 23
Employee Conduct ........ 23
Misconduct/Discipline/Termination of Employment ........ 23

**SECTION 5: General Expectations**

Attendance ........ 26
Calling In ........ 26
Telephone Usage and Visitors ........ 27
Personal Visitors ........ 27
Dress Code ........ 27

Hygiene ........................................ 28
Gifts and Gratuities to GCE Employees ........................................ 29
Public Relations ........................................ 29
Solicitations ........................................ 29
GCE Bulletin Board Policy ........................................ 29
Personal Belongings/Property ........................................ 30

**SECTION 6: Leave**

Family and Medical Leave (FMLA) ........................................ 31
USERRA – Leave of Absence for Uniformed Service ........................................ 33
Jury Duty ........................................ 33
Death in Family/Bereavement Leave ........................................ 34

**SECTION 7: Safety**

Safety Awareness and Repporting of Accidents/Injuries in the Workplace ........................................ 35
Security Awareness ........................................ 36
Parking Area Security ........................................ 36
Drivers of GCE Vehicles ........................................ 37
Important Human Resources Telephone Numbers ........................................ 38







# SECTION 1: Welcome!



**Rich Gilmartin**
Vice President, Lakeview Center and President, Gulf Coast Enterprises



Dear Co-Worker:

We are happy to welcome you to the Gulf Coast Enterprises team. In 1993, Lakeview Center established Gulf Coast Enterprises (also known as GCE). The purpose of GCE is to operate a successful business which will provide meaningful employment to persons with disabilities in accordance with the requirements of the AbilityOne Program (formerly the Javits-Wagner-O'Day (JWOD) Program). The AbilityOne program creates jobs and training opportunities for people who are blind or who have other severe disabilities, empowering them to lead more productive and independent lives.

I ask you to read this handbook, as well as the GCE Human Resources Manual, carefully as you are responsible for your individual behavior and for doing the right things for the right reason. If you have any questions, please feel free to contact Human Resources at 850.469.3729 or Toll Free 877.827.2372.



Rich Gilmartin
President
Gulf Coast Enterprises

---

**GCE Administrative Offices**
2001 North E Street
Building T
Pensacola, FL 32501
850.595.1330

**Human Resources Department**
2001 North E Street
Building T
Pensacola, FL 32501
850.469.3729 or
Toll Free 877.827.2372

## How to Use This Book

This handbook is intended to provide employees with a general overview of *some* of our most frequently referenced personnel policies and procedures. Employees are expected to read and abide by *all* Human Resources policies & procedures, which can be found in the GCE Human Resources Manual ("HR Manual"). A complete copy of the GCE Human Resources Manual is available on the Lakeview Center intranet or in hard copy in the Human Resources Department. Additionally, all Project Managers have access to the GCE HR Manual and can provide a hard copy to employees at the employee's request. For more information on the policies and procedures contained in this Handbook, please refer to the GCE HR Manual or contact the Human Resources Department at 850.469.3729 or toll free at 877.827.2372.

GCE maintains operations in several states throughout the nation, and recognizes that some employment related laws vary from state to state. GCE will follow and observe the laws of the state in which you work, and those laws will control over the policies in this Handbook. If you have questions about your state employment related laws, please see your Project Manager or contact the Human Resources Department at 850.469.3729 or toll free at 877.827.2372.

Some GCE contracts have received prior approval from Human Resources to operate differently than others. Because of this, there may be additional policies in place at your contract site than those noted in this Handbook. Please see your Project Manager or contact Human Resources if you have questions.

Employees should familiarize themselves with the contents of this Handbook, as it will answer many common questions concerning employment with GCE. This Handbook is not an employment contract and is not intended to create contractual obligations of any kind. Generally, all employees are employed "at will". This means that you are free to terminate your employment at any time, and GCE may do the same, with or without cause, and with or without notice.





# SECTION 2: Introduction

## Our Vision

The vision of GCE is to be the best employer of people with disabilities.

## Our Purpose

The purpose of GCE is to help people overcome life's challenges by operating successful business ventures that will provide meaningful employment to individuals with disabilities.

## Our Values

### Vision

The ability and willingness to look forward to the future and make decisions necessary to accomplish important goals.

### Integrity

Maintaining the highest standards of behavior including honesty, ethics, and doing the right things for the right reasons.

### Superior Service

Committed to providing excellent service and customer care.

### Innovation

Capable of extraordinary creativity and willing to explore new approaches to improving the quality of life for all persons.

### Teamwork

An abiding respect for others, and a sustaining commitment to work together.

### Stewardship

Dedicated to responsible stewardship of GCE assets and financial resources, and to community service.

# Standards of Performance/Code of Conduct

## Commitment To Co-Worker

At GCE our co-workers are our teammates. They deserve our respect and trust. GCE is dedicated to maintaining a work environment that is an enjoyable experience for all.

- We will treat others with respect and appreciation.
- We will value differences and respect individuality.
- We will work cooperatively.
- We will be dependable, punctual and loyal.
- We will treat all employees fairly regardless of race, age, religion, disability, color, sex, veteran status, marital status, nationality, or other protected status.
- We will address issues respectfully and through the appropriate chain of command.
- We will be role models for others.

## Commitment To Service

GCE is committed to providing the highest quality of service by exceeding the expectations of our customers. We will perform our duties in a responsible, reliable, appropriate and cost effective manner.

- We will respect our customer's time and needs and will treat each customer with consideration, courtesy and respect.
- We will greet every customer with a warm and friendly smile.
- We will thank customers for their business.
- We will listen to our customer's concerns with sensitivity and respond in a helpful and timely manner.
- We will not distribute unauthorized materials and information, nor solicit employees, customers or visitors during work time for any purpose outside our official duties, without specific permission from our supervisor.
- We will keep a positive sense of humor.

## Sense of Ownership

Sense of Ownership means that we take pride in what we do. We are responsible for the results of our efforts and we recognize that our work is a reflection of ourselves.





- We will take pride in the organization as if it were our own.
- We will know and understand the responsibilities of our job. We will take charge and accept these responsibilities.
- We will adhere to organization and department policies regarding attendance, punctuality, breaks and time reporting.
- We will keep our work area and surrounding work environment clean and safe.
- We will do the job right the first time. We will focus on our customer's needs and take pride in our work.

## Confidentiality

As employees of GCE, we have a responsibility to ourselves, our customers, our co-workers and our management team to maintain confidentiality of all private information.

- We will respect our co-workers' privacy by not gossiping with others.
- We will not discuss information about a GCE employee's disability or treatment.
- We will only discuss the operations of GCE and its business practices with those who have a need to know. If you have questions or comments, please discuss these with your supervisor.
- We will keep our customer's business private. We will not discuss information overheard or seen on a customer's desk with anyone.
- We will not discuss personal or confidential information about our co-workers or customers.

## Personal Appearance

GCE strives to always project a professional image to our customers. Your appearance is a reflection of your respect for your customers, your co-workers and yourself.

- We will ensure that our work clothes are always clean, neat and appropriately fitted.
- We will wear GCE uniforms during work hours.
- We will wear our identification badges during work hours.
- We will practice good personal hygiene.
- We will follow GCE's work-site dress code guidelines.

## Maintaining a Safe Working Environment

Safety is given the highest priority throughout the organization. It is the responsibility of all GCE employees to ensure a safe work environment by following all organization policies and procedures. Think safe, act safe, be safe and stay safe.

- We will report all accidents, incidents and safety hazards promptly to our management team and Human Resources.
- We will practice safety as a commitment to our customers and co-workers.
- We will practice good safety habits when lifting, pushing, pulling or carrying items. We will ask for help when necessary.
- We will be aware of chemical hazards and will follow all safety guidelines.
- We will respect all machinery. We will ensure that it is in good working order and will use it in the proper manner.
- We will use personal protective clothing and equipment when appropriate.
- We will report to our management team or Human Resources any practice or condition that might impact the health and safety of the facility and employees including alcohol, drugs and weapons. It is against company policy for anyone to be on a work site or GCE property with any substance or device intended to cause harm. Weapons such as knives, guns and explosives are not allowed on any work site or GCE property. An employee who is suspicious or knowledgeable about anyone carrying any type of weapon on the premises should contact management or a security officer immediately.

## Security Awareness

GCE will protect against the loss, theft, destruction, misappropriation and misuse of our property, the property of our customers and employees including propriety information and property.

- We will safeguard the property of our customers, employees and visitors. We will not remove or relocate items from our customers' or employees' desks or work areas without the expressed written permission of the customer.
- We will care for all assets, property, equipment and supplies that belong to GCE.





- We will not engage in misconduct, including the theft of property or the use of money belonging to GCE or our employees for anything other than an authorized purpose.
- We will dispose of surplus, obsolete, and junked property or anything of value according to the established policies and procedures, including items that may be in a trash disposal container or area.
- We will allow only authorized personnel to have access to the computer systems and will not share passwords with anyone.
- We shall promptly report to management any transaction that is not in compliance with our policies and procedures.

## Conflicts of Interest

GCE employees will perform their duties on behalf of the company and customers in a truthful and loyal manner.

- We will avoid any actions that conflict with our job responsibilities.
- We will act in the best interest of GCE whenever dealing with suppliers, customers or governmental agencies. This obligation includes not only those acts formalized in written contracts but also covers the everyday business relationships with vendors, customers, and government officials.
- We may not accept gifts of cash, food or flowers from customers or business associates.
- We will not, under any circumstances, use or share inside information, which is not otherwise available to the general public, for any improper use.

## Proper Consideration of Our Employees

All staff contribute directly to our success and as such, GCE is committed to reasonably protect, support and develop our staff to their fullest potential in a fair and equal manner. GCE supports a culture that taps the full potential of employees and builds an environment that allows all people to feel appreciated, included and valued. Job growth, employee development and individual empowerment are actively encouraged and rewarded.

- We will offer equal employment opportunity in hiring, transfer or promotions and will not discriminate because of gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by federal, state or local law.

- We will maintain a working environment free from all forms of harassment. Any and all forms of harassment, including those based on gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by law, by co-workers, supervisors, vendors, or customers **will not be tolerated.** Harassment may consist of offensive comments, jokes, and innuendoes or other verbal, graphic, or physical conduct relating to an individual's gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by law.
- We will show courtesy and consideration to all employees and personnel of GCE, without regard to position or status. We recognize the value of a diverse workforce and will remain open to new viewpoints, ideas and talents.
- We will not engage in retaliation against anyone who properly reports violations of law, regulations or GCE policies.
- We will work to eliminate perceived or real barriers to diversity in operational, governance and leadership positions.
- We will not tolerate false reports or reports made in bad faith about a GCE employee or entity. An employee acting in good faith will not be penalized in any way for reporting such conduct concerning himself/herself or another person.

### Compliance With Laws and Regulations

GCE will operate in accordance with high legal, moral and ethical standards and with all applicable laws, regulations and standards.

- We require that all statements, communications, and representations to be accurate, complete and truthful.
- We will ensure that all reports or other information required by any federal, state or local government agency are filed timely, accurately and in conformance with the applicable laws and regulations.
- We will not engage, either directly or indirectly, in any corrupt business practice, including bribery, kick-backs or payoffs, intended to induce, influence, or reward favorable decisions of any customer, contractor, vendor, government personnel or anyone in a position to benefit us in any way.
- We will not sacrifice our professional standards, judgment or objectivity to anyone. Any individual with any difference of opinion will be referred to the appropriate management for resolution.





- We will ensure that all contracts are in compliance with applicable laws, regulations, and accreditation standards.

## Gulf Coast Enterprises is an Equal Opportunity Affirmative Action M/F/D/V Employer

### Equal Employment Opportunity/Non-Discrimination and Harassment-Free Workplace

GCE is an Equal Opportunity Employer. GCE maintains and enforces a policy that prohibits discrimination against any employee or applicant for employment because of gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by federal, state or local law.

GCE also maintains and enforces a policy that prohibits harassment of employees. GCE employees are entitled to a workplace where we can all achieve our full potential. Harassment detracts from that environment. When an employee is harassed because of gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by federal, state or local law, it is a violation of law and also of GCE's policy.

### GCE will not tolerate discrimination or harassment in the workplace.

Unwelcome conduct based on gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other protected category, that interferes with an employee's job performance or creates an intimidating, hostile or offensive working environment is prohibited. Such conduct may include sexual propositions or innuendos, suggestive comments, teasing or jokes based on race, gender, disability, religion or other protected category, obscene or offensive language or gestures, display of obscene or offensive materials, or physical conduct. It is also unlawful and a violation of GCE policy for a supervisor or anyone in a position of authority to base any employment decision on submission to or rejection of unwelcome sexual advances or requests for sexual favors, or on impermissible factors such as race, disability, religion or other protected category.

GCE's policy also requires that employees immediately report discrimination and harassment. If you have been the victim of discrimination or harassment, or have witnessed discrimination or harassment, you should immediately notify your supervisor, Project Manager, Senior Operations Executive, Human Resources or your Program Vice President. In addition, GCE encourages you to tell a harasser to stop, and that his or her behavior is unwelcome and offensive. GCE forbids retaliation against employees because they have reported discrimination or harassment, participated in an investigation of a discrimination or harassment complaint or opposed discrimination or harassment.

GCE will conduct a prompt and appropriate investigation of each discrimination or harassment complaint. GCE will strive to maintain confidentiality to the extent confidentiality is consistent with conducting a fair and thorough investigation and implementing appropriate remedial measures. If discrimination or harassment has occurred, GCE will take steps to stop the discrimination or harassment, and will take disciplinary action against the person responsible, which may include immediate termination of employment.

## Affirmative Action

GCE will consider qualified applicants from all sources to ensure equal opportunity in the terms and conditions of employment. Additionally, in making employment decisions, GCE will make reasonable accommodations for workers and veterans with disabilities, provided such accommodations do not impose an undue hardship on GCE's business. GCE will periodically review its employment practices to ensure that appropriate affirmative actions are taken with respect to disabled workers, disabled veterans, Vietnam-Era veterans, women and minorities.

GCE shall disseminate the Affirmative Action Program Policy to all its employees, and encourage all indirect sources of job applicants, such as employees, suppliers, shippers, customers, and other contractors, to refer qualified workers and veterans with disabilities, Vietnam-Era veterans, women and minorities for employment with GCE.

Overall responsibility for the implementation and direction of GCE's Affirmative Action Program for disabled workers, disabled veterans, Vietnam-Era veterans, women and minorities has been assigned to Lakeview Center, Inc.'s Vice President of Corporate Development. Employees and applicants wishing to review our Affirmative Action





Plan may do so by contacting the Human Resource Department at 850.469.3729 or toll free at 877.827.2372.

## Americans With Disabilities Act

GCE and all of its divisions comply with the requirements of the Americans with Disabilities Act.

GCE will provide reasonable accommodations to all qualified individuals in order that they may perform the essential functions of their jobs, provided this does not create an undue hardship on the company.

## Open Door Policy (Where to go if you have a problem)

Effective communication is essential to resolving employee concerns. Employees are encouraged to pursue discussion of their work-related concerns with their supervisor, management team, and/or Human Resources.

More specifically, employees should:

- First try to resolve the issue with your immediate supervisor, or Project Manager.
- If this is not possible, you should contact an Employee Relations Specialist in the Human Resources Department, or your Senior Operations Executive.

If you believe that GCE is engaging in any practice which is in violation of a law rule or regulation, you are encouraged to report the matter to Human Resources at 850.469.3994 or 850.469.3695, or toll free at 877.827.2372. No retaliatory action will be taken against any employee for making such a report.

## Confidentiality/Use of Electronic Devices and Electronic Communication Systems

### Confidentiality

Employees should never disclose confidential or proprietary information obtained in connection with their work with GCE, either during their employment, or after their employment terminates.

Access to Confidential Information – Employees may not request, access, use, and/or disclose Confidential Information for any purpose other than for the performance of authorized activities or duties.

Copying, Printing, Transmitting and Storing Confidential Information – Employees are never authorized to remove Confidential Information from their workspace or computer systems unless doing so is part of their authorized duties and done in accordance with established policies and procedures.

Information Systems Access User Identifiers (IDs), Passwords and Pass Codes – Employees are responsible for any user IDs and passwords/codes provided to them by the organization. It is each employee's responsibility to protect their passwords and codes and not share them with anyone.

There are four primary ways that confidentiality is most often violated. These include:

- Printed or electronic information that is left exposed where visitors or unauthorized individuals can see it.
- Discussions of information in a public place or with inappropriate, unauthorized individuals.
- Unauthorized people overhearing confidential information.
- Records that are accessed for the wrong reasons or by inappropriate individuals.

For more information on Confidentiality, please refer to the *Appropriate Use/Non-Disclosure of Confidential Information Policy,* in the HR Manual.

## Use of Electronic Devices and Electronic Communication Systems

### Confidentiality

In the course of your job, you may use GCE's Electronic Devices and/or Electronic Communication System tools to communicate internally with coworkers or externally with customers, consultants, vendors, and other business acquaintances. GCE provides you with electronic communications tools to facilitate business communications and to enhance your productivity. Personal use of our communications tools should be limited, and in no event should such use interfere with the performance of your job, consume significant resources, give rise to more than nominal additional costs, or interfere with the activities of other employees.

Employees should have no expectation that any information transmitted over or stored in Electronic Devices or Electronic





Communication Systems (including email and voice mail) is or will remain private. GCE has the ability and reserves the right within the confines of State and Federal Law to monitor, record or audit any data contained in or transmitted to or from any Electronic Device or across any Electronic Communication System for any purpose.

Employees may not access (or attempt to obtain access to) any of the Organization's electronically stored information which is not pertinent to the employee's job duties.

Employees are prohibited from copying, downloading, emailing or transmitting company information to personal or non-work related email accounts, to personal or non-work related computers or other electronic devices.

If department policy permits, limited personal use is authorized as long as such use is in compliance with this policy, does not create any additional costs to the corporation, does not interfere with work duties, and is not illegal or unethical. GCE's other policies, including its Harassment-free Workplace and Employee Conduct policies, apply to the use of, and any communications sent via, the e-mail and telephone systems.

Examples of acceptable uses of electronic devices, includes but is not limited to:

- Checking your personal bank account
- Accessing weather information
- Reading on-line news while on break

Examples of unacceptable uses of electronic devices, includes but is not limited to:

- Any communication or use that is unethical, illegal, harassing, offensive, threatening or hostile or in violation of other organization policies
- Planning personal events such as parties, high school reunions or weddings
- Working another job
- Coordinating Religious events

For more information, please refer to the complete *Use of Electronic Devices and Electronic Communication Systems* policy in the HR Manual.

# SECTION 3: Employment

## Background Investigations

All offers of employment, or internship opportunities at GCE are contingent upon clear results of a thorough background investigation. Background investigations will be conducted on **all** newly hired staff members and may also be conducted on employees who are promoted or transfer positions, as deemed necessary.

GCE has contracts to provide services at different locations throughout the nation. In order to be eligible for employment, employees must pass the independent background investigations conducted by their specific contract site, in addition to the background investigation conducted by GCE.

Human Resources Department staff will assure that persons required to be screened are in compliance with the law. Persons who are not in compliance will be terminated or suspended pending appeal to the appropriate governing agency.

Employees must notify the Human Resources Department if they are charged of a crime that might disqualify them from performing their job duties.

## Employee Classification

Regular Full-Time Employee - an employee who is regularly scheduled to work at least 32 hours each week.

Regular Part-Time Employee- an employee who works less than 32 hours each week.

All Regular Employees are eligible for fringe benefits. Please see GCE's Fringe Benefits Policy and Vacation/Sick Leave Policy (in the GCE HR Manual) which explains GCE's current benefits.

**Exempt Employees:**

GCE classifies as "Exempt Employees," those employees who are compensated on a salary basis and fall within one of the recognized exemptions under the FLSA, and as "Non-Exempt Employees" those who do not fall within one of those exemptions. GCE will pay employees in compliance with applicable laws.





**Non-Exempt Employees: Hours of Work; Overtime Pay**

Non-Exempt Employees' hours of work vary by individual, and are scheduled by each employee's respective supervisor/department. In general, Non-Exempt Employees' regular work hours will not exceed 40 per workweek. However, an employee's work hours may vary from week to week depending on business needs. Employees must be available to work hours outside of their normal working hours, and to work more than 40 hours per workweek, upon request. Hours worked by Non-Exempt Employees in excess of 40 hours per week will be compensated at one and one-half times the employee's regular pay rate as overtime compensation. Non work time such as vacation, sick and holiday do not count toward hours worked for overtime purposes.

Non-Exempt Employees who work more than 40 hours in a workweek without prior authorization are obligated to report the time worked and will be paid overtime for such time, but will be subject to discipline, up to and including termination of employment. **Employees must accurately record all hours worked.** Failing to record hours worked will result in discipline up to and including termination.

Non-Exempt Employees Need to Remember:

- Employees must arrive in sufficient time to be ready to start work at the beginning of their scheduled shift.
- Employees must clock in as soon as they commence performing any work and clock out once their work is finished. **Employees are not permitted to perform any work off the clock.**
- Employees must also clock in and out at the beginning and end of their lunch breaks that are 30 minutes or longer in duration, and any other approved breaks taken in the day that are 30 minutes or longer in duration.
- Employees are not permitted to begin work before their scheduled start times or to work past their regular hours without prior authorization from their supervisor.
- Each employee is required to personally report his or her own time worked. Non-Exempt Employees (other than designated time keepers) are not permitted to clock in and out for other Non-Exempt Employees.

Some Non-Exempt Employees (due to the nature of their job duties and business necessity) will be permitted to have their designated daily lunch breaks automatically deducted from their time records by

the Kronos time keeping system. **These Employees must ensure on a daily basis that the automatically deducted time is accurate, and must immediately notify their supervisor if their lunch breaks are longer or shorter than the automatic deduction.**

Employees who need to change their reported time must report such changes to their supervisor or designated time keeper.

Failure to abide by this policy can result in disciplinary action up to and including termination

For more information on this policy, please refer to the complete *Employee Classifications; Hours Of Work; and Overtime Policy* in the HR Manual.

## I.D. Badges

Each employee or intern of GCE must be properly identified while on duty. This ensures the safety and security of employees and customers. For this reason, an identification badge with your name and other identifying information will be issued to you by Human Resources (or the contract site) upon commencement of your employment or work assignment.

Failure to wear your ID badge as directed can result in disciplinary action up to and including termination.

ID badges are also essential to GCE time keeping and payroll processes. Exempt employees will record their attendance each day, and Non-exempt employees will record their actual time worked each day, by using one of the following methods:

1) By swiping their GCE ID badge at a time clock on the work site, or
2) By manual computer entry.

Employees who resign or terminate their employment with GCE will be required to surrender their ID badge to their supervisor or Human Resources. Supervisors must promptly return any submitted ID badges to Human Resources.

Replacement badges due to reassignment, promotion, job change or normal wear will be issued at GCE's expense. GCE will replace an employee's lost ID badge one time at GCE's expense. Subsequent lost badges will result in a $5.00 fee which will be deducted from the employee's paycheck, in accordance with applicable law.





If you lose your ID badge:

1) Report the lost badge immediately to your department timekeeper. (The lost badge will be deactivated upon report.)
2) Report the lost badge to Human Resources immediately. A new badge will be issued and sent directly to the employee's supervisor.

If you find a misplaced ID badge, please contact Human Resources or your supervisor immediately.

## Drug Free Workplace Policy

The Federal Drug-Free Workplace Act, Pub. L, No. 100-690, 102 Stat. 4304 (1988), prohibits the unlawful manufacture, distribution, dispensation, possession, or use of a controlled substance on all GCE work sites.

The use of controlled substances may impair an employee's ability to perform his or her job duties; it may also contribute to accidents resulting in harm to the employee or co-workers. Any employee found manufacturing, distributing, dispensing, possessing, using, consuming, purchasing, selling, or having controlled substances on the employer's premise sites will be subject to disciplinary action up to and including immediate termination, or mandatory participation in a substance abuse assistance or rehabilitation program.

Additionally, an employee must notify the Human Resources Department of any criminal drug conviction for a violation occurring on the employer's premises no later than five (5) days after the conviction. Conviction means a finding of guilt (including a plea of nolo contender or "no contest") and/or imposition of a sentence for violating federal or state criminal laws. Failure to provide notification within five (5) days as required by federal law may result in termination of employment

More Information on GCE's Drug-Free Workplace policy can be found in the GCE Human Resources Manual, or in the Human Resources Department.

## Smoke-Free Environment

GCE aspires to provide the most effective environment possible in which to deliver services while safeguarding the health and comfort of customers, visitors and employees. Therefore, GCE maintains a Smoke-Free Environment Policy. Smoking and the use of smokeless tobacco

are prohibited within all GCE vehicles and at all GCE-owned facilities. [Employees who work at non-GCE owned facilities, must follow the smoking policies of those facilities.] All members of the workforce have the responsibility for compliance with this policy and to do so in a way that is positive and responsive to GCE's commitment to create a safe and healthy environment.

Personal compliance with this policy is the expectation and obligation of each member of the GCE workforce. In addition, employees are expected to be conscientious of scents created by smoking and to be considerate of customers, other visitors and their co-workers by refraining from smoking while on meal breaks taken away from the worksite. Offensive smells created by tobacco smoke will be treated as a violation of GCE's Personal *Appearance/Dress Code Policy* (in HR Manual). In the event a violation of the policy occurs, employees will be subject to discipline.

## Appropriate Interactions with Others

There are a multitude of circumstances that can develop in any agency or organization which might require interpretation of appropriate ethical or legal standards of conduct. GCE does not wish to dictate standards of personal behavior for GCE employees. However, GCE must be concerned with the conduct of any employee, or intern, that may have an adverse effect upon any customer,

Any interpretation of general standards of conduct by GCE's Vice President, The Human Resources Department, and/or the President/ CEO of Lakeview will require careful consideration of the individual case and the context in which the alleged misconduct occurred.

All GCE employees, or interns (hereinafter referred to in this section as "workforce members") full-time or part-time, are expected to show sensible regard for the social codes, ethical and legal standards of the community and recognize that violations of accepted ethical and legal standards may involve GCE customers or other GCE workforce members in damaging personal conflicts, impugn the reputation of GCE personnel, and harm the reputation and effectiveness of GCE.

All GCE workforce members are expected to conduct themselves in an ethical manner with other GCE workforce members, as well as GCE's customers and visitors, and to exercise reasonable judgment so that personal advantage of the helping relationship is not taken by any GCE personnel; so that GCE workforce members, customers and visitors do





not experience personal harm due to contact with GCE personnel; and so that the reputation and/or effectiveness of GCE is not endangered or damaged.

GCE's mission involves the employment of persons with disabilities, some of which may fall within the definition of a "disabled adult" according to the law, and are, therefore, specifically identified as protected from exploitation, abuse or neglect. GCE will not tolerate exploitation, abuse or neglect of disabled individuals. GCE will follow the laws in each particular state as they apply to this issue. Each employee of GCE is responsible for reporting misconduct in relation to employee-customer relationships or unethical behavior on the part of other employees to GCE's Vice President, the Human Resources Department, or the President/CEO of Lakeview Center. These individuals may take disciplinary action appropriate to the situation whenever, in their judgment, an employee's behavior violates the above standards, including termination of employment if deemed necessary.

GCE will report any and all instances of abuse, neglect, or exploitation to the proper authorities.

Employees of Gulf Coast Enterprises are not to have any personal relations with resident/customers of any contracts.

## Benefits

GCE currently provides Regular Employees (who have completed 30 days of employment) with the opportunity to participate in one or more group health, life, disability, vision and/or dental insurance plans. GCE also currently offers other fringe benefits to Regular Employees. GCE reserves the right not to offer such opportunities, to modify any insurance plan or plans in any manner, to substitute one or more new plans for one or more existing plans, and to terminate any insurance plan or plans, at its sole discretion and without advance notice, to the extent permitted by applicable law.

A Summary Plan Description for each group health, life and/or disability insurance plan offered to GCE employees is available for review by employees. The Summary Plan Descriptions provide a detailed explanation of eligibility requirements, coverage, enrollment procedures, claim procedures, costs to the employee, deductible amounts, and other provisions of available insurance plans. Employees who wish to review a Summary Plan Description should contact

Human Resources Benefits Department at 850.469.3729 or toll free at 877.827.2372.

In the case of a conflict between the terms of a Summary Plan Description and other information provided to an employee concerning any employee benefit plan, the terms of the Summary Plan Description control, regardless of the source of the other information.





# SECTION 4: Performance

## Performance Evaluation

Each employee will receive an Employee Performance Evaluation at least annually to pinpoint strengths and opportunities for improvement related to job performance. The evaluation will be completed by the employee's immediate supervisor or Project Manager.

Employees are encouraged to discuss their evaluations with their supervisors, Project Managers and/or their Targeted Employment Coordinators and to make comments if desired. Employees may also discuss their evaluation upon request with GCE's Vice President, Human Resources, or with the President/CEO.

## Employee Conduct

The success of our organization depends largely on our relationships with our customers and others. GCE requires that all employees show respect for others, including customers, vendors, members of the public, and anyone else our employees interact with in connection with their work. Employees are expected to behave in a professional manner and should be respectful, civil, and courteous at all times. Employees are prohibited from engaging in violent, threatening or intimidating conduct, making demeaning personal comments or using profane, abusive or excessively loud language. Violations of this policy by anyone on GCE premises, or by anyone acting as a representative of GCE while off GCE's premises, will lead to disciplinary action up to and including termination and/or legal action as appropriate.

Employees are also required to show appropriate respect for personal and property rights of others in the workplace and while on GCE business.

Employees are expected to maintain their work space in a clean and neat condition and to treat all GCE equipment and other property with appropriate care.

## Misconduct/Discipline/Termination of Employment

GCE's Mission is to "Help People Overcome Life's Challenges By Connecting Them to Meaningful Employment". All GCE employees are expected to fulfill the organization's purpose. Performance standards,

code of conduct and policies have been developed for all employees to follow. Failure to practice these behaviors while on duty can lead to disciplinary action up to and including termination of employment.

In accordance with the general "at will" nature of employment with GCE, generally, employees may be discharged at any time, and for any reason. However, GCE's discipline policy and procedure is designed to provide a structured corrective action process to improve and prevent a recurrence of undesirable behavior and/or performance issues. It has been designed consistent with our organizational values, Human Resources best practices and employment laws.

**An employee may be discharged on a first offense and without prior disciplinary action if the violation so warrants.** Otherwise, discharge is typically the final step of the disciplinary process if the employee has failed to correct the problem(s).

Conduct that may result in immediate termination of employment includes, but is not limited to:

1. Violation of any GCE policy, including the policies stated in this Manual;
2. Committing an unlawful act;
3. Disclosing Confidential Information;
4. Unsatisfactory work performance;
5. Failure to perform in accordance with management's reasonable expectations;
6. Discrimination or harassment by the employee because of gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by federal, state or local law;
7. Willful damage to property;
8. Violence, threats or intimidation;
9. Insubordination or refusal to perform duties assigned;
10. Possession of drugs, narcotics or intoxicants while on the job;
11. Being under the influence of drugs, narcotics or intoxicants while on the job;
12. Theft, pilfering, fraud or other forms of dishonesty;
13. Excessive absences or lateness;
14. Absence or tardiness without cause or without authorization;





15. Disorderly conduct or fighting on GCE property, while on GCE business, or during work hours;
16. Malicious gossip or derogatory attacks concerning GCE or anyone associated with GCE;
17. Falsifying a job application, record, time report form, log-in entry, or report;
18. Soliciting or accepting gratuities in violation of the Code of Conduct;
19. Making a false or misleading statement, or coercing or encouraging someone else to make a false or misleading statement;
20. Engagement in unethical behavior that may injure or place in jeopardy a customer, employee, or visitor;
21. Sleeping while on the clock;
22. Violation of the Code of Conduct;
23. Request by customer that an employee be removed from the contract;
24. Other conduct that GCE deems warrants termination of employment.

This is not an all-inclusive list of the grounds for discipline or discharge and does not limit the company's discretion to discipline or discharge an employee for any other reason the company deems sufficient.

Nothing in this handbook provides any contractual rights regarding employee discipline or counseling nor should anything in this handbook be read or construed as modifying or altering the employment-at-will relationship between GCE and its employees

Employees may contact Human Resources at any point in the disciplinary process. Please see *Open Door Policy* in this handbook.

# SECTION 5: General Expectations

## Attendance

Attendance and punctuality are essential to the proper operation of our organization and are conditions of employment. GCE workforce members are required to report to their work area at the beginning of the scheduled workday, ready to begin work. Once employees clock in to work, GCE expects that employees will devote their time to the business of GCE and not to personal matters.

Employees are considered tardy to work if the time recorded on the time and attendance edit is after their scheduled workday has begun. Employees who are tardy may not work past their scheduled shift's end time to make up for lost time, unless approved by their supervisor in advance.

Your supervisor will inform you of your work schedule. However, it is your responsibility to know and follow that work schedule. If you are unsure about your schedule, ask your supervisor or Project Manager. Switching or trading of shifts is not permitted unless authorized by your supervisor in advance.

Unexcused or excessive absences, failure to report to work on time, failure to accurately record time worked, or failure to devote working time to the business of GCE may result in disciplinary action, up to and including termination.

## Calling In

- If an employee expects to arrive to work late or be absent from work, the employee must personally notify his/her supervisor in advance. (A message left with someone else may not be delivered and is not acceptable.)
- If the employee cannot give advance notice, as in the case of sudden illness or accident, the employee is expected to call his or her supervisor at least one hour prior to the employee's scheduled starting time, or as soon as possible.
- Separate notice should be provided for each day of absence, unless time off has been approved in advance by the supervisor.
- Any employee who is absent from work for three or more consecutive days without notifying his/her supervisor will be deemed to have voluntarily resigned.





- An employee who expects to be absent for more than one day must request approval from his/her supervisor as soon as the employee learns of the expected absence, stating how long the employee expects to be absent. If an employee subsequently realizes the absence will be longer than originally expected, the employee must request additional approval from his/her supervisor.
- If an employee is absent from work due to illness for three or more days, the employee may be asked to provide a doctor's note.

## Telephone Usage and Visitors

- Employees are expected to follow their worksite rules with respect to telephone use.
- Some locations may prohibit use of company and personal cell phones.
- If permitted, employees are expected to minimize personal telephone calls during work time.
- No long distance personal phone calls are permitted on company phones.
- If permitted, personal cell phone use should be limited.

Please ask your supervisor for the rules of your work site regarding the use of phones.

## Personal Visitors

- Employees are expected to follow their worksite rules with respect to personal visitors. Some locations may prohibit personal visitors at the worksite.
- While we are a family friendly business, children can disrupt the workplace. Children should not be brought to work.
- Other non-business visitors can also be an interruption to co-workers and detract from business. Personal visits are therefore discouraged.

## Dress Code

Employees should maintain a neat, clean, professional, and businesslike appearance consistent with job duties and responsibilities. It is expected that all employees of GCE maintain a neat, clean and appropriate appearance.

Employees should dress appropriately and professionally. Avoid extremes in dress and behavior. Flashy or revealing clothing and other non- business-like clothing are unacceptable. While a formal dress code has not been adopted, it is required that employees adhere to the following basic guidelines:

- When issued, GCE uniforms should be worn during work hours.
- Work clothes will always be clean, neat and appropriately fitted. No tight fitting or revealing clothes will be allowed.
- Proper shoes and hair nets will be worn if required.
- ID badges must be worn during work hours.
- Remember – your ID badge and GCE uniforms are a reflection of the agency. Please do not wear your ID badge and/or GCE uniform when conducting personal affairs (non-GCE business), to the extent possible.
- Strapless, spaghetti straps, midriff, crop tops, plunging or low necklines or backless tops or dresses are not permitted
- Shirts are to be worn at all times
- Hats are inappropriate indoor apparel
- Clothing that advertises the use of alcohol or drugs is not permitted
- Clothing with sexually explicit slogans, drawings, or pictures is not permitted
- Mini-skirts, or jeans with holes, tears, or patches are not permitted

GCE will make reasonable accommodations for dress or grooming directly related to an employee's religion, ethnicity, or disability.

## Hygiene

- Good personal hygiene is expected of all GCE employees. The use of strong, heavy scents and fragrances is highly discouraged.
- If you choose to wear a scent or fragrance product, please be considerate to others and select a light, mild scent. Offensive tobacco smoke scents are also a distraction to co-workers, patients and vendors (see *Smoke-Free Workplace Policy* in this Handbook).
- Workforce members in violation of this Policy will be sent home and required to change into appropriate clothes and promptly return to work. Non-exempt employees will be required to clock out for this period of time. Repeated violations of this Policy will lead to disciplinary action, up to and including termination.
- Discuss your contract specific dress code guidelines with your supervisor.





## Gifts and Gratuities to GCE Employees

GCE employees may not accept unsolicited gifts from customers or business associates.

## Public Relations

All publicity involving GCE business activities or GCE employees (in their business capacity) is expected to be cleared with GCE's Vice- President and Lakeview Center's Marketing Director prior to issuance. This includes interviews, radio talks, television appearances, photographs, speeches, or similar events.

## Solicitations

- Because of safety, job efficiency, and other compelling business reasons, persons who are not employees will not be permitted or allowed to enter any area(s) of GCE property, at any time, for purposes of solicitation for funds, membership or individual commitment to outside organizations, or to distribute literature for any purpose.
- Employees may not solicit for funds, membership or individual commitment to outside organizations or causes during the employee's own working time or on the working time of the employee(s) being solicited, unless such solicitation is for a company purpose (i.e., for the benefit of GCE).
- Distribution of literature for any purpose in working areas is prohibited. Employees may only distribute literature in non-working areas during non-working time. The premises must be kept clean and free of litter at all times.

## GCE Bulletin Board Policy

GCE management is responsible for the posting of notices on all GCE bulletin boards. Use of the bulletin boards in working areas is limited solely to work related matters. Any employee seeking to post a notice concerning a work related matter on a bulletin board must obtain permission from the Senior Operations Executive or his/her designee.

## Personal Belongings/Property

Personal items and property including employee's automobiles that are kept on GCE's premises/worksites are not covered under GCE's insurance policy in the event of theft, fire, vandalism, etc.

Employees accept full responsibility for any loss or damage to personal belongings/property left on GCE premises or GCE worksites.





# Section 6: Leave

## Family and Medical Leave (FMLA)

GCE maintains operations in several states throughout the nation, and recognizes that some employment related laws vary from state to state. For this reason, and to the extent it is required to do so, GCE will follow and observe the laws of the state in which a particular contract is maintained (as to that contract alone), and such laws will control over the policies in this Manual.

GCE will grant family and medical leave to qualifying individuals in accordance with the requirements of the Family and Medical Leave Act ("FMLA").

Please contact the Human Resources Department as soon as you become aware of the need for FMLA leave. You will also need to make a written request for FMLA leave to Human Resources. Specific notice requirements for requesting FMLA leave are discussed below. GCE will provide a written response to your request for leave, including specific expectations and obligations, within five (5) business days after receiving satisfactory medical certification of need for leave, absent extenuating circumstances.

### Employee Eligibility

To be eligible for FMLA benefits, you must:

1. Have been employed by GCE for a total of at least 12 months as of the date leave commences;
2. Have worked at least 1,250 hours during the 12 months immediately preceding the start of the requested FMLA leave; and
3. Be employed at a worksite where at least 50 employees are employed by GCE within 75 miles of that worksite at the time you give notice of the need for leave.

Under the FMLA, eligible employees are entitled to receive up to a total of 12 - 26 workweeks (depending on reason for leave and state when employed) of unpaid leave during a 12-month period.

FMLA leave may only be used for any one, or more, of the following reasons:

1. For the birth of a child of the employee and to care for the newborn child of the employee;
2. For the placement with the employee of a child for adoption or foster care and to care for the newly placed child;
3. When the employee is needed to care for a spouse, biological, adopted or foster child, stepchild, legal ward or parent with a serious health condition (e.g., an illness, injury, impairment, or physical or mental condition that involves in-patient care in a medical facility or continuing treatment by a health care provider);
4. When the employee is unable to perform the essential functions of his/her position because of a serious health condition;
5. When a covered family member is on active duty or call to active duty in the Armed Forces;
6. To care for an injury or illness of a covered service member.

For more information on qualifying events under the FMLA, please refer to the HR Manual or contact the Human Resources FMLA Department toll free at (877) 827-2372.

### Intermittent/Reduced Schedule Leave

Under some circumstances, employees may take FMLA leave intermittently, which means taking leave in blocks of time, or by reducing their normal weekly or daily work schedule. Please refer to the HR Manual, or contact the Human Resources Department for more information on intermittent leave.

### Notice and Certification

If you need FMLA leave, you are required to provide a 30-day advance notice when the need for the leave is foreseeable and such notice is practicable or, when the need to take FMLA leave is not foreseeable, as soon as practicable under the circumstances. If an employee fails to give 30 days notice of foreseeable leave when practicable, GCE may delay the taking of FMLA leave until at least 30 days after the date the employee provides notice of the need for FMLA leave.

### Job Reinstatement

Under most circumstances, upon return from FMLA leave, employees will be reinstated to their previous position, or to an equivalent





position with equivalent pay, benefits, and other employment terms and working conditions. An employee's use of FMLA leave will not result in the loss of any employment benefit that was earned or to which the employee was entitled before the start of FMLA leave.

Please refer to GCE's HR Manual for the complete *FMLA Policy.*

## USERRA – Leave of Absence for Uniformed Service

GCE maintains operations in several states throughout the nation, and recognizes that some employment related laws vary from state to state. For this reason, and to the extent it is required to do so, GCE will follow and observe the laws of the state in which a particular contract is maintained (as to that contract alone), and such laws will control over the policies in this Manual.

GCE recognizes certain military obligations on the part of its employees and has established procedures relating to these obligations and regulations. Employees who are called to active military duty must contact the Human Resources Department as soon as possible. GCE complies with the Uniformed Services Employment and Reemployment Rights Act ("USERRA") which protects the job rights of individuals who voluntarily or involuntarily leave employment positions to perform service in the uniformed service, as defined under USERRA. For more information on GCE's USERRA Policy, please refer to the HR Manual.

## Jury Duty

GCE encourages its employees to fulfill their civic responsibilities as members for jury duty. GCE also understands that there may be circumstances when some employees are subpoenaed as witnesses to testify regarding work-related litigation. Employees summoned for jury duty or to appear as a witness regarding work-related litigation must notify their supervisor immediately upon receipt of the summons so that GCE can make appropriate arrangements for covering the employee's absence.

GCE will pay Non-Exempt Employees' normal earnings during jury service or work-related witness appearance for up to 10 days. Exempt Employees will be paid in accordance with the *Employee Classifications; Hours of Work; Overtime Policy* (See HR Manual). Employees who are excused from jury duty or service as a witness in

the course of their normal work day are expected to report back to work.

No employee will be discharged from employment by GCE because of the nature or length of service on a grand or petit jury.

## Death in Family/Bereavement Leave

An employee may be granted up to three (3) days of paid leave upon the occasion of death in the immediate family of the employee.

An immediate family member is defined as the loss of spouse, mother, father, stepmother, stepfather, mother-in-law, father-in-law, grandchild, grandparent, child, stepchild, sister, stepsister, brother, stepbrother, son-in-law or daughter-in-law. Such paid absence will not be deducted from the employee's vacation leave account.

Bereavement leave for death of an individual other than the immediate family members listed above must be approved by the employee's immediate supervisor. Time off for such an instance is limited to 3 days and will be deducted from the employee's vacation leave or considered leave without pay.

Please note that some contracts may have different benefits as related to Bereavement Leave based on contract requirements. In this case, Bereavement Leave benefits of that contract will control over the policy in this Handbook.





# SECTION 7: SAFETY

## Safety Awareness and Reporting of Accidents/ Injuries in the Workplace

Safety must be the responsibility of all GCE employees to ensure an accident-free environment. Think safe, act safe, be safe and stay safe. Safety is a fundamental part of your job performance.

To maintain a safe environment:

- Report all accidents and incidents promptly and completely to your supervisor.
- If you see a safety hazard, correct it if possible or report it if not.
- Know the safety policies and procedures, both GCE-wide and contract specific.
- Practice safety as a courtesy to our customers and your co-workers.
- Protect your back when lifting, pushing, pulling or carrying. Get help when necessary.
- Be aware of potential chemical hazards.
- Respect all machinery. Be sure it is in good working order and use it in the proper manner.
- Use personal protective clothing and equipment when appropriate. Your supervisor will inform you of the requirements of your worksite.
- Be prepared for emergencies and know the correct and prompt actions to take.
- If in doubt, ASK your Project Manager/Supervisor.

### Reporting of Accidents/Injuries

GCE's policy is to maintain safe working conditions for all of its employees. Each employee is expected to perform his or her duties at all times in a manner consistent with the employee's own safety and the safety of others.

Employees are required to report each and every safety hazard to Human Resources and to the employee's supervisor at the first opportunity after becoming aware of any such hazard.

If you are injured at work:

- The accident (no matter how minor) must be reported immediately to your supervisor.
- You and your supervisor must fill out an accident report within one (1) business day, and a drug test may be conducted per our policy.
- Failure to report an accident may result in a delay or denial of a claim, and may result in disciplinary action.
- If medical care is required for a work-related injury, you must be treated at a facility specified by GCE. Ask your supervisor (or GCE's Workers' Compensation Representative) where to go for care.
- If you are treated for a work related injury, you must continue treatment until the situation is resolved and all work restrictions have been lifted.

## Security Awareness

Security awareness is a fundamental part of your job performance. At GCE, we are entrusted to provide the services our customers pay for, and to protect both our customers' and GCE's property. In order to meet our customers' security expectation, we should:

- Respect the personal property of others. (Example: Never go into desks, purses, candy jars, file cabinets, or other property belonging to our customers.)
- Report to your supervisor any item of value that you may find during your work hours. (Example: jewelry, money, etc.)
- Report to your supervisor any unusual persons who are in the building after hours.
- If you are aware of any security violations on this worksite, it is your responsibility to report it to your supervisor immediately.

## Parking Area Security

In order to provide for the safety and protection of employees and their vehicles, GCE parking areas are to be used solely for parking. Employees and visitors should not spend any unnecessary time loitering in parking areas. Employees and visitors should promptly enter and exit their cars and should be alert to any suspicious activities or persons in the parking areas. Employees should exercise caution at all times in the parking areas and should report any suspicious activities. Vehicles should be locked while not occupied.





## Drivers of GCE Vehicles

Persons required to drive GCE-owned vehicles must be authorized to do so by Human Resources. GCE vehicles will be used solely for the purpose of conducting GCE business and transporting GCE customers as necessary. Under no circumstances may GCE vehicles be used for personal errands or trips.

Drivers of GCE Vehicles are also required to participate in specified training events as a condition of continued employment. New employees must complete the GCE vehicle indoctrination course within 90 days from date of hire. NO ONE MAY DRIVE ANY GCE VEHICLE UNTIL BOTH THE DRIVING RECORD CHECK AND INDOCTRINATION COURSE ARE COMPLETED.

In instances where an employee's personal vehicle is used for GCE business or services, the vehicle's owner should review their personal vehicle insurance policy for coverage details and limitations.

All GCE drivers (whether driving GCE vehicles or personal vehicles for business use) must possess a valid driver's license and have a satisfactory driving record. In addition, drivers of GCE-owned vehicles must be insurable under GCE's insurance policies. A record of all designated drivers is located in the Human Resource Department.

GCE will check and verify each driver's Motor Vehicle Record over the previous 36 month period with the State Department of Highway Safety and Motor upon hire (or whenever the employee obtains a position requiring driving) and semi-annually for all employees covered under this policy.

For the purpose of determining satisfactory driving records, the following guidelines have been established:

For the previous 36-month period, employees must not have:

- More than one "at fault" accident;
- More than two speeding violations;
- Conviction of driving while under the influence;
- Reckless driving conviction;
- Condition of license suspension unless the license has been reinstated or reissued;
- Disqualification due to any other condition(s) which GCE and/or the carrier deems risky.

Ongoing qualification is required of all GCE drivers. IF ANY OF THE ABOVE EVENTS OCCUR, THE EMPLOYEE IS REQUIRED TO REPORT SUCH EVENT TO HUMAN RESOURCES WITHIN 48-HOURS. GCE requires all drivers to have a valid State of Florida driver's license or a valid driver's license in the State in which they are employed. Out-of-state licenses are not acceptable - with the exception of employees who live in another state but commute to a work state.

**Suspended Licenses:**

- Employees whose licenses are suspended must report the suspension immediately to an Employee Relations Specialist in Human Resources. You may not drive for any company purpose if you have a suspended license.
- An employee whose license is suspended will be given 14 calendar days to have their license reinstated and submit proof of such reinstatement to Human Resources. Failure to provide proof of reinstatement will result in termination of employment.
- Failure of an employee to comply with the conditions of employment relating to all driving requirements, including initial and on-going training, will be grounds for discipline up to and including termination.

For more information, please refer to the *Official Business Drivers Policy* in GCE's HR Manual.

## Important Human Resources Telephone Numbers:

Human Resources Department Main Office- Toll Free: .877.827.2372

Employee Relations Specialists: .........850.469.3994 or 850.469.3695

Workers' Compensation Department: .........................850.469.3940

FMLA Department: .....................................................850.469.3940

Benefits Department: ..................................................850.469.3738





NOTES:







Gulf Coast Enterprises

A Division of Lakeview Center, Inc.
An Affiliate of Baptist Health Care

GCE Human Resources
1221 W. Lakeview Ave.
Pensacola, Florida 32501
(850) 469-3729 or (877) 827-2372