GCE HR Manual, Eff. 01/2012

# Gulf Coast Enterprises
## PROCEDURES

Subject:   EQUAL EMPLOYMENT OPPORTUNITY, NON-DISCRIMINATION AND HARASSMENT-FREE WORKPLACE POLICY

GCE is an Equal Opportunity Employer. GCE maintains and enforces a policy that prohibits discrimination against any employee or applicant for employment because of gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by federal, state or local law.

GCE also maintains and enforces a policy that prohibits harassment of employees. GCE employees are entitled to a workplace where we can all achieve our full potential. Harassment detracts from that environment. When an employee is harassed because of gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by federal, state or local law, it is a violation of law and also of GCE's policy.

**GCE will not tolerate discrimination or harassment in the workplace.**

Unwelcome conduct based on gender, race, age, color, disability, marital status, national origin, religion, status as a disabled veteran or veteran of the Vietnam era, or other category protected by federal, state or local law, that interferes with an employee's job performance or creates an intimidating, hostile or offensive working environment is prohibited. Such conduct may include sexual propositions or innuendos, suggestive comments, teasing or jokes based on race, gender, disability, religion or other protected category, obscene or offensive language or gestures, display of obscene or offensive materials, or physical conduct. It is also unlawful and a violation of GCE policy for a supervisor or anyone in a position of authority to base any employment decision on submission to or rejection of unwelcome sexual advances or requests for sexual favors, or on impermissible factors such as race, disability, religion or other protected category.

GCE's policy also requires that employees immediately report discrimination and harassment. If you have been the victim of discrimination or harassment, or have witnessed discrimination or harassment, you should immediately notify your supervisor, Project Manager, Human Resources or your Program Vice President. In addition, GCE encourages you to tell a harasser to stop, and that his or her behavior is unwelcome and offensive. GCE forbids retaliation against employees because they have reported discrimination or harassment, participated in an investigation of a discrimination or harassment complaint or opposed discrimination or harassment.

GCE will conduct a prompt and appropriate investigation of each discrimination or harassment complaint. GCE will strive to maintain confidentiality to the extent confidentiality is consistent with conducting a fair and thorough investigation and implementing appropriate remedial measures. If discrimination or harassment has occurred, GCE will take steps to stop the discrimination or harassment, and will take disciplinary action against the person responsible, which may include immediate termination of employment.

*Downloaded or hard copy documents may not be current and are not controlled. For the current version of this Manual, please visit MyLakeview.*

**EXHIBIT D**