"Jeremy Lowe, Chris Slaughter

Chris SlaughterWednesday, December 26, 2012 at 10:20pm EST

Just wanted you to know i havn't forgotten you....cant wait to thank you in person. Southside Slaughter!"

"Chris SlaughterMonday, August 29, 2011 at 8:18pm EDT

no they dont want me the plant manager hired me at lear i hit a supervisor in the mouth in 91"

**EXHIBIT G**